## Wagner Appeal.

Argued May 8, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Harry N. Moran, Jr.,* with him *James N. Peck,* for appellants.

*Morris L. Rush,* with him *Irving L. Mazer,* for appellees.

OPINION PER CURIAM, October 9, 1969:
Order affirmed.